UNITED STATES DISTRICT COURT
SOUTHERN                    DISTRICT OF                    NEW YORK

---------------------------------------------------------X
UNITED STATES OF AMERICA
                                                :
         v                                              **NOTICE OF APPEARANCE**
                                                :       **07 MAG. 1290**

PETER LIU                                       :

                       Defendant    :
---------------------------------------------------------X

To the Clerk of this court and all parties of Record:

Enter my appearance as counsel in this case for   **PETER   LIU**

I certify that I am admitted to practice in this court.

| December 21, 2007 | *Peter Quijano* |
|---|---|
| | Signature |
| | Peter  Enrique  Quijano     PQ  1702 |
| | Print Name                               Bar Code |
| | |
| | QUIJANO & ENNIS, P.C. |
| | Firm Name |
| | |
| | 381 Park Avenue South,   Suite 701 |
| | Address |
| | |
| | New York, New York        10016 |
| | City            State             Zip Code |
| | |
| | (212) 686-0666       (212) 686-8690 |
| | Phone Number                     Fax  Number |
| | |
| | peter@qandelaw.com |
| | E-Mail Address |